**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1821**

———————

HANNAH HICKMON,

Plaintiff - Appellant,

versus

HAZEL C. BARNETT; DENNY KELLENBENZ,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Dennis W. Shedd, District Judge.
(CA-01-2188-3-19BD)

———————

Submitted:  November 28, 2001        Decided:  December 19, 2001

———————

Before WIDENER, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Hannah Hickmon, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Hannah Hickmon appeals the district court's order dismissing her property dispute action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hickmon v. Barnett, No. CA-01-2188-3-19BD (D.S.C. June 1, 2001). We deny leave to proceed on appeal in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED